```
 1  Henry C. Bunsow (SBN 060707)
    K.T. Cherian (SBN 133967)
 2  Scott Wales (SBN 179804)
    HOWREY LLP
 3  525 Market Street, Suite 3600
    San Francisco, CA  94105
 4  Telephone:  (415) 848-4900
    Facsimile:   (415) 848-4999
 5  bunsowh@howrey.com
    cheriank@howrey.com
 6  waless@howrey.com

 7  Attorneys for Plaintiff
    MOSAID TECHNOLOGIES INC.
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MOSAID TECHNOLOGIES INC., | ) | Case No. CV 09-1838 (JF) |
| Plaintiff, | ) ) | |
| v. | ) ) | [PROPOSED] ORDER GRANTING MOSAID'S APPLICATION FOR |
| POWERCHIP SEMICONDUCTOR CORPORATION, | ) ) ) | ADMINISTRATIVE RELIEF (ISSUANCE OF LETTERS ROGATORY) |
| Defendant. | ) ) ) | |

[PROPOSED] ORDER GRANTING MOSAID'S
APPLICATION FOR ADMINISTRATION RELIEF
(ISSUANCE OF LETTERS ROGATORY)
Case No. CV 09-1383 (JF)

- 1 -

HOWREY LLP

DM_US:22274650_1

1
2   Having considered the Application for Issuance of Letters of Request by MOSAID
3  Technologies, Inc., and good cause appearing, the Court hereby GRANTS the application.
4   The Court will sign and affix its seal to the Letters Rogatory enclosed with the application, and
5  notify counsel for MOSAID that the Letters Rogatory are available for pick-up.
6   IT IS SO ORDERED.
7
8  Dated: July __, 2009
9
　　　　　　　　　　　　　　　　　　　　　　The Honorable Jeremy Fogel
　　　　　　　　　　　　　　　　　　　　　　Judge of the United States District Court

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

HOWREY LLP

[PROPOSED] ORDER GRANTING MOSAID'S
APPLICATION FOR ADMINISTRATION RELIEF
(ISSUANCE OF LETTERS ROGATORY)
Case No. CV 09-1383 (JF)
DM_US:22274650_1