1  Henry Bunsow (SBN 060707)
   bunsowh@howrey.com
2  K.T. Cherian (SBN 133967)
   cheriank@howrey.com
3  Scott Wales (SBN 179804)
   waless@howrey.com
4  HOWREY LLP
   525 Market Street, Suite 3600
5  San Francisco, California 94105
   Telephone: (415) 848-4900
6  Facsimile: (415) 848-4999

7  Attorneys for Plaintiff
   MOSAID Technologies, Inc.
8

9                       UNITED STATES DISTRICT COURT
10
                        NORTHERN DISTRICT OF CALIFORNIA
11

12 | MOSAID TECHNOLOGIES,            )   CASE NO. 191838 JF
   | INCORPORATED,                   )
13 |                                 )
   |        Plaintiff,               )
14 |                                 )
   |   vs.                           )   **REQUEST FOR INTERNATIONAL**
15 |                                 )   **JUDICIAL ASSISTANCE**
   | POWERCHIP SEMICONDUCTOR         )
16 | CORPORATION,                    )
   |                                 )
17 |        Defendant.               )
                                     )
18

19         The United States District Court, Northern District of California, presents its compliments to the
20  appropriate Judicial Authority in Taiwan and requests international judicial assistance to effect Service
21  of Process upon a named defendant in the captioned Civil proceeding currently pending before this
22  Court.
23         Plaintiff has filed a claim in the above captioned matter including, but not limited to, allegations
24  of breach of contract, which has caused Plaintiff to suffer damages. Plaintiff seeks judgment including,
25  but not limited to, damages as allowed by law.
26         This Court requests the assistance described herein as necessary in the interests of justice. It has
27  been represented to this Court that defendant, **Powerchip Semiconductor Corporation,** can presently
28  be served at the following address:

**Powerchip Semiconductor Corporation**
**Hsinchu Science Park**
**No. 12, Li-Hsin 1ˢᵗ Road**
**Hsinchu**
**TAIWAN**

This Court respectfully requests that you cause one copy of the attached documents, Summons in a Civil Action, Civil Cover Sheet, Complaint for Damages, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order, Standing Order RE: Case Management Conference, Standing Order for All Judges of the Northern District of California, Related Case Order, Notice of Electronic Filing, and Clerk's Notice RE: Case Management Conference, with Chinese translations thereof, to be served upon **Powerchip Semiconductor Corporation** at the above address by leaving with a director, officer, or other entity authorized to accept the service of civil process in the manner prescribed for service of similar documents under the laws of Taiwan.

This Court further requests that, after service has been made, you cause the person who serves the documents upon **Powerchip Semiconductor Corporation** to execute a Certificate of Service and return it, together with a copy of the documents served, to this Court at the address below.

Plaintiff's counsel, Howrey LLP, 525 Market Street, Suite 3600, San Francisco, California 94105 USA, stand ready to reimburse your authority for all expenses incurred in executing this request for judicial assistance.

This Court also assures your authority that it will reciprocate with similar assistance in like cases and extends to the Judicial Authorities in Taiwan the assurance of its highest consideration.

_____    _____
DATE                          Honorable Jeremy Fogel
                              United States District Court
                              Northern District of California
                              280 South 1ˢᵗ Street
                              San Jose, California 95113

[Seal]

Request for International Judicial Assistance            Service upon Powerchip Semiconductor Corporation