Henry Bunsow (SBN 060707)
bunsowh@howrey.com
K.T. Cherian (SBN 133967)
cheriank@howrey.com
Scott Wales (SBN 179804)
waless@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Plaintiff
MOSAID Technologies, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSAID TECHNOLOGIES, INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>POWERCHIP SEMICONDUCTOR CORPORATION,<br><br>Defendant. | CASE NO. 191838 JF<br><br>**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE** |

The United States District Court, Northern District of California, presents its compliments to the appropriate Judicial Authority in Taiwan and requests international judicial assistance to effect Service of Process upon a named defendant in the captioned Civil proceeding currently pending before this Court.

Plaintiff has filed a claim in the above captioned matter including, but not limited to, allegations of breach of contract, which has caused Plaintiff to suffer damages. Plaintiff seeks judgment including, but not limited to, damages as allowed by law.

This Court requests the assistance described herein as necessary in the interests of justice. It has been represented to this Court that defendant, **Powerchip Semiconductor Corporation,** can presently be served at the following address:

**Powerchip Semiconductor Corporation**
**Hsinchu Science Park**
**No. 12, Li-Hsin 1st Road**
**Hsinchu**
**TAIWAN**

This Court respectfully requests that you cause one copy of the attached documents, Summons in a Civil Action, Civil Cover Sheet, Complaint for Damages, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order, Standing Order RE: Case Management Conference, Standing Order for All Judges of the Northern District of California, Related Case Order, Notice of Electronic Filing, and Clerk's Notice RE: Case Management Conference, with Chinese translations thereof, to be served upon **Powerchip Semiconductor Corporation** at the above address by leaving with a director, officer, or other entity authorized to accept the service of civil process in the manner prescribed for service of similar documents under the laws of Taiwan.

This Court further requests that, after service has been made, you cause the person who serves the documents upon **Powerchip Semiconductor Corporation** to execute a Certificate of Service and return it, together with a copy of the documents served, to this Court at the address below.

Plaintiff's counsel, Howrey LLP, 525 Market Street, Suite 3600, San Francisco, California 94105 USA, stand ready to reimburse your authority for all expenses incurred in executing this request for judicial assistance.

This Court also assures your authority that it will reciprocate with similar assistance in like cases and extends to the Judicial Authorities in Taiwan the assurance of its highest consideration.

_____7-30-09_____
DATE

Honorable Jeremy Fogel
United States District Court
Northern District of California
280 South 1st Street
San Jose, California 95113

[Seal]